NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

(Opposition No. 91168556)

**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (formerly Bridgestone Firestone North American Tire, LLC) and BRIDGESTONE CORPORATION,**

*Appellants,*

v.

**FEDERAL CORPORATION,**

*Appellee,*

---

2010-1376

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

Upon consideration of appellants' unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

<u>JUL 0 9 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas A. Rettew, Esq.
    W. David Shenk, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK